DENTAL PROTECTIVE ASS'N OF UNITED STATES, Appellant, v. INTERNAL TOOTH CROWN CO., Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by the Dental Protective Association of the United States against the Internal Tooth Crown Company. P. B. Adams, for appellant. P. C. Peck, for respondent. No opinion. Appeal from decision dismissed. Judgment affirmed, with costs.

DITMAS, Respondent, v. McKANE et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 14, 1904.) Action by Abigail V. Ditmas, individually and as sole surviving administratrix, etc., of Henry C. Ditmas, deceased, against James McKane, Fanny McKane, George W. Roderick, and others. No opinion. Appeal transferred to the First Department.

DOBBS, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Willoughby B. Dobbs against the city of New York. J. B. Kilsheimer, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs, and opinion in Eckerson v. City, 80 App. Div. 12, 80 N. Y. Supp. 168.

DODGE et al., Respondents, v. NEW YORK CENT. & H. R. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Murray W. Dodge and others against the New York Central & Hudson River Railroad Company and others. I. A. Place, for appellants. J. Holmes, Jr., for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re DOWNS. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) In the matter of the application of D. Lewis Downs to lay out a highway in the town of Riverhead, county of Suffolk, N. Y., and to assess the damages therefor. No opinion. Motion to confirm the order of the County Court of Suffolk county granted, and order signed.

DREW, Respondent, v. SALMON et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Alice M. Drew against Hamilton H. Salmon and another. No opinion. Motion to resettle order granted.

DUNCAN, Appellant, v. SOMERS, Respondent. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Action by Sarah Duncan against Daniel Somers. F. M.

Hardenbrook, for appellant. D. O. Leary, for respondent. No opinion. Judgment affirmed, with costs.

DUNK v. DUNK. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Action by Alfred O. Dunk against Eliza Dunk, as executrix, etc., of Alfred Dunk, deceased. No opinion. Motion granted, and case set down for March 9th for argument.

DUNN, Respondent, v. PATON, Appellant. (Supreme Court, Appellate Division, Fourth Department, March 8, 1904.) Action by John N. Dunn against James J. Paton, as, etc. No opinion. Judgment and order affirmed, with costs.

ELSTNER, Respondent, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Action by Ellen Elstner, individually, etc., against the Manhattan Railway Company. F. S. Williams, for appellant. W. G. Peckham, for respondent. No opinion. Judgment affirmed, with costs.

ERHARDT, Respondent, v. POTTIER & STYMUS CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 7, 1904.) Action by William Erhardt against the Pottier & Stymus Company. PER CURIAM. Order affirmed, without costs. The case is distinguishable from Loretz v. Metropolitan St. R. Co., 34 App. Div. 1, 53 N. Y. Supp. 1059, by reason of the fact that here the venue appears to have been laid by the plaintiff in Kings county by mistake, and it appears from the statement of counsel upon the argument that there was an understanding on the hearing that the plaintiff should be regarded as having moved to correct this mistake.

EUSTIS, Respondent, v. ST. LOUIS STAMPING CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by John P. Eustis against the St. Louis Stamping Company. L. Marshall, for appellant. C. B. Pierce, for respondent. No opinion. Judgment and order affirmed, with costs.

EVERETT, Respondent, v. EVERETT, Appellant. (Supreme Court, Appellate Division, Second Department. January 29, 1904.) Action by Georgia L. Everett against Edward Everett. No opinion. Motion denied, with $10 costs.

FAIRFIELD v. DUMAS et al. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Action by Mary C. Fairfield against James S. Dumas and others. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.